**No. 46897.**—Protest 23472-K of Bullocks, Inc. (Los Angeles).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel certain ring watches the same as those the subject of Abstracts 37098 and 45223 were held dutiable at 45 percent ad valorem under paragraph 397. Watch bracelets the same as those the subject of *Gershgorn* v. *United States* (6 Cust. Ct. 72, C. D. 429), except that they are prepared for the setting of precious or semiprecious stones, were held dutiable at 40 cents each and 30 percent ad valorem under paragraph 367 and the trade agreement with Switzerland (T. D. 48093). Protest sustained in part.

**No. 46898.**—Protest 779906-G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the kazoos in question were held dutiable at 45 percent under paragraph 397 as claimed. It was also stipulated that the whistling balloons, rubber balloons, and noise-makers in question are composed in part of bamboo. Following Abstract 40493 the claim at 45 percent under paragraph 409 was sustained as to these items.

BEFORE THE SECOND DIVISION, JANUARY 28, 1942

**No. 46899.**—Protests 907879-G, etc., of Giovanni Ansaldi et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 29, 1942

**No. 46900.**—Petition 6071-R of Marshall Field & Co. (Indianapolis).

Opinion by TILSON, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, JANUARY 30, 1942

**No. 46901.**—Protest 67299-K of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the tablecloths and napkins in question are the same as those involved in T. D. 50277 (1) the claim at 30 percent under paragraph 911 (b) was sustained.

**No. 46902.**—Protests 993386-G, etc., of Dritz Traum Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.